UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12-cr-00160-JAW-02 |
| | ) | |
| RODNEY RUSSELL | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 5, 2013 (ECF No. 175), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's First Motion to Dismiss (ECF No. 144), First Motion to Suppress (ECF No. 145), First Motion for Discovery (ECF No. 146) and First Motion to Sever (ECF No. 147) be and hereby are DENIED.

      /s/ John A. Woodcock, Jr.
      JOHN A. WOODCOCK, JR.
      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2013